# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**AVION LAWSON,**

 *Plaintiff,*

v.               **CASE NO. 5:16-cv-00197-MP-EMT**

**D A LEAVINS, ET AL.,**

 *Defendants.*

_____/

## **O R D E R**

  This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 23, 2016. ECF No. 11. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

  Accordingly, it is hereby **ORDERED AND ADJUDGED:**

  1. The Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this order.

  2. Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's initiating a new cause of

action accompanied by payment of the $400.00 filing fee in its entirety.

3. The clerk is directed to close the file.

**SO ORDERED on October 14, 2016.**

        **s/Mark E. Walker**
        **United States District Judge**